**No. 59112.**—The Otto Gerdau Co. *v.* United States, protest 199536–K (New York).

Opinion by JOHNSON, J.   It was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed or as manifested, not found, were not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, but not found.   The protest was sustained to this extent.

**No. 59113.**—Judson Sheldon Division, National Carloading Corp. et al. *v.* United States, protests 209406–K, etc. (New York).

Opinion by JOHNSON, J.   It was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed or as manifested, not found, were not in fact received by the importers.   In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, but not found. The protests were sustained to this extent.